UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>TIM VIRGA, et al.,<br><br>        Defendants. | No.  2:12-cv-2326 AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion requesting the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's October 29, 2013, request for the

////

////

1

appointment of counsel (ECF No. 31) is denied.

DATED: November 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE