Xavier Becerra, State Bar No. 118517
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Laraya M. Parnell, State Bar No. 307200
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7335
 Fax: (916) 324-5205
 E-mail: Laraya.Parnell@doj.ca.gov
*Attorneys for Defendants Hamad and Shannon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. SCOTT,** | 2:12-cv-2326 KJM AC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **T. VIRGA, ET AL.,** | |
| Defendants. | |

Good cause having been shown, Defendants' motion to modify the scheduling order and to reset the pending deadline for filing dispositive motions is granted. All dispositive motions shall be filed on or before November 9, 2017.

DATED: September 21, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1